942

No. 78–642. THORNBURGH, GOVERNOR OF PENNSYLVANIA, ET AL. *v.* CASEY, TREASURER OF PENNSYLVANIA, ET AL. Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question. MR. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 78–5760. CARTER *v.* TEXAS. Appeal from Ct. Crim. App. Tex. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–5833. GONZALEZ *v.* NEW YORK. Appeal from App. Div., Sup. Ct. N. Y., 1st Jud. Dept., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument.

No. 77–580. PROCTOR ET AL. *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL. C. A. D. C. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Group Life & Health Insurance Co. v. Royal Drug Co., ante,* p. 205.

No. 8, Orig. ARIZONA *v.* CALIFORNIA ET AL. Motion of the United States for modification of Decree of this Court entered on March 9, 1964 [376 U. S. 340], is referred to the Special Master. MR. JUSTICE MARSHALL took no part in the consideration or decision of this matter. [For earlier order herein, see, *e. g.,* 439 U. S. 419.]